1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALEXANDER AVILA,                          No.  2:16-cv-2903 KJN P

12              Petitioner,

13       v.                                     ORDER

14   D. BORDERS,

15

16              Respondent.

17

18       Petitioner is a former state prisoner, proceeding without counsel.  Both parties consented

19   to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  On June 5, 2017,

20   petitioner, filed a motion for permission to use the court's electronic filing system.  (ECF No. 19.)

21   Local Rule 133 provides that

22              [a]ny person appearing pro se may not utilize electronic filing
               except with the permission of the assigned Judge or Magistrate
23              Judge . . .  All pro se parties shall file and serve paper documents as
               required by applicable Federal Rules of Civil or Criminal Procedure
24              or by these Rules.

25   E.D. Cal. L.R. 133(b)(2).  Here, petitioner's stipulated request does not set forth a compelling

26   reason why the court should deviate from the Local Rules and its standard practice of disallowing

27   the use of electronic filing by pro se litigants.  Thus, the motion is denied without prejudice.

28   ////

                                                  1

1    By order filed May 3, 2017, petitioner was granted one final extension of time, to June 12,

2    2017, in which to file his opposition to defendants' motion to dismiss.  During the pendency of

3    his motion for permission, the deadline to file an opposition expired.  In an abundance of caution,

4    petitioner is granted until July 7, 2017, in which to file his opposition.  Petitioner is cautioned that

5    failure to file an opposition on or before July 7, 2017, will result in the court finding that such

6    failure is deemed a waiver of his opposition to the motion, and the court will grant the motion,

7    dismissing the unexhausted claims, and requiring petitioner to file an amended petition raising

8    only the one subclaim that is exhausted.

9        Accordingly, IT IS HEREBY ORDERED that:

10       1.  Petitioner's motion for permission (ECF No. 19) is denied; and

11       2.  Petitioner shall file an opposition to the motion to dismiss on or before July 7, 2017.

12   Dated:  June 21, 2017

13

14                                         _____
     /cw/avil2903.ecf                     KENDALL J. NEWMAN
15                                         UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28