UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER AVILA, | No. 2:16-cv-2903 KJN P |
| Petitioner, | |
| v. | ORDER |
| D. BORDERS, | |
| Respondent. | |

Petitioner is a former state prisoner. He consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed September 26, 2017, petitioner was ordered to file an amended petition raising only exhausted claim nine. Thirty days have now passed, and petitioner has not filed an amended petition, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that petitioner show cause, within fourteen days, why this action should not be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: November 1, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/avil2903.fta.hab

1