UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER AVILA, | No. 2:16-cv-2903 KJN P |
| Petitioner, | |
| v. | ORDER |
| D. BORDERS, | |
| Respondent. | |

Petitioner is a former state prisoner. Both parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed September 26, 2017, the petition was dismissed, and petitioner was granted thirty days in which to file an amended petition raising only exhausted claim nine. Petitioner did not file an amended petition. On November 1, 2017, petitioner was ordered to show cause, within fourteen days, why this action should not be dismissed. The fourteen day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: November 27, 2017

/avil2903..fsc.hab

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1